IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DELAQUAN A. MYERS,

    Defendant.

Case No. 3:17cr90

JUDGE WALTER H. RICE

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND DECLINING TO REVOKE SAME; DEFENDANT CONTINUED ON SUPERVISED RELEASE ON THE CONDITION THT HE CONTRIBUTE TEN ADDITIONAL HOURS OF COMMUNITY SERVICE; RIGHT OF APPEAL EXPLAINED AND UNDERSTOOD; NO PROCEDURAL OR SUBSTANTIVE OBJECTIONS; TERMINATION ENTRY

On March 13, 2019, the Defendant, having been previously found in violation of his supervised release which began November 30, 2017, appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid March 13, 2019, although finding the Defendant in violation of his supervised release, declined to revoke same. Rather, the Defendant was continued on supervised release, with the condition that he discharge any then-present undischarged conditions of supervision, plus the additional condition that he contribute ten additional hours of community service.

Following the above, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

Neither counsel for the Government nor for the Defendant had any procedural or substantive objections to this Court's sentence.

The captioned cause is ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

April 19, 2019

WALTER H. RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of record
Melissa Dues, USPO